**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| Parker O'Neil Wideman,<br><br>    Plaintiff,<br><br>  v.<br><br>Innovative Fibers, LLC and Stein Fibers, Ltd.,<br><br>    Defendants. | Case No.  7:22-cv-00418-DCC |
| Riley C. Draper,<br><br>    Plaintiff,<br><br>  v.<br><br>Innovative Fibers, LLC and Stein Fibers, Ltd.,<br><br>    Defendants. | Case No.  7:22-cv-00419-DCC |
| William F. Douglass and Jessica L. Douglass,<br><br>    Plaintiffs,<br><br>  v.<br><br>Innovative Fibers, LLC and Stein Fibers, Ltd.,<br><br>    Defendants. | Case No.  7:22-cv-00420-DCC |

**DEFENDANT STEIN FIBERS, LTD.'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendant Stein Fibers, Ltd. ("Stein Fibers") moves for an Order dismissing the claims filed by Plaintiffs Parker O'Neil Wideman, Riley C. Draper, William F. Douglass and Jessica L. Douglass (collectively, "Plaintiffs") against it in the above-captioned lawsuits. This motion is made on the grounds that this Court lacks personal jurisdiction

1

over Stein Fibers, Ltd, a corporation organized under New York law with no relationship to the alleged contract or incident at issue in the three lawsuits. The motion is based on the memorandum of law, including attached exhibits, filed herewith; the Court's record in the three matters; and any additional argument that may be presented to the Court.

    Respectfully submitted,

    *s/ H. Sam Mabry, III*
    H. Sam Mabry, III, Fed. ID No.: 3252
    Email: smabry@hsblawfirm.com
    Jonathan D. Klett, Fed. ID No.: 12858
    Email: jklett@hsblawfirm.com
    **HAYNSWORTH SINKLER BOYD, P.A.**
    ONE North Main Street, 2nd Floor (29601)
    Post Office Box 2048
    Greenville, SC 29602
    Tel: (864) 240-3200
    Fax: (864) 240-3300

    K. Lindsay Terrell, Fed. ID No.: 4045
    Chad M. Graham, Fed. ID No.: 11569
    **The Ward Law Firm, P.A.**
    Post Office Box 5663
    Spartanburg, SC  29304
    Tel:     (864) 573-8500
    Fax:    (864) 585-3090

    *ATTORNEYS FOR DEFENDANTS INNOVATIVE FIBERS, LLC AND STEIN FIBERS, LTD.*

March 3, 2022
Greenville, South Carolina